UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Arthur D'Amario, III,

Petitioner,

v.

Constance Reese, Warden,

Respondent.

Civil No. 00-1932 ADM/AJB

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

This matter is before the Court on respondent's request for extension of time in which to respond to the Petition for Writ of Habeas Corpus to allow filing until September 29, 2000.

**IT IS HEREBY ORDERED THAT** the motion is **granted in part and denied in part**. [Docket No. ___]. Petitioner shall have until **September 22, 2000**, in which to submit written response to the Petition for Writ of Habeas Corpus.

Dated: 9/12/00.

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

The government's motion states sufficient good cause to justify a modest extension of the time in which to respond to the Petition. However, in this particular instance the Court finds that some effort to expedite the matter is appropriate and the allotted time for response, with an additional ten days herein allowed, should provide adequate time to obtain necessary documents from the BOP and thereafter prepare an appropriate response to the petition.

FILED SEP 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________