ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1932 (ADM/AJB)

| | | |
|---|---|---|
| ARTHUR D'AMARIO, III, Petitioner, | ) | |
| v. | ) | ORDER |
| CONSTANCE REESE, Warden, Respondent. | ) | |

Based upon the Respondent's Motion to Seal supporting documents that are incorporated into the Government's Response in this case,

IT IS HEREBY ORDERED that Respondent's Motion is Granted. The documents labeled as Attachments A, B, and C to the Government's Response filed in this case shall be sealed.

Dated: 9/26/00.

Arthur J. Boylan
United States Magistrate Judge

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______