# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Arthur D'Amario III

Plaintiff

v.

Constance Reese, Warden

Defendants

Case No. Civil 00-1932 ADM/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the October 30, 2000 R&R of Magistrate Judge Boylan is adopted in its entirety. Petitioner's application for habeas corpus is dismissed with prejudice. Petitioner's motion for immediate release is denied. Petitioner's motion for appinted counsel is denied. Petitioner's application for preliminary injunction is denied.

DATE: January 9, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk