UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

ARTHUR D'AMARIO III

v. C.A. No. 00-1932-ADM/AJB

CONSTANCE REESE

MOTION FOR SANCTIONS

Pursuant to Rule 56(g) and Rule 11(c)(1)(A), Petitioner moves for entry of an order imposing sanctions upon Respondent, its attorneys and Affiant Ernie Frie, for the reasons that:

(a) Frie's Aug. 31, 2000, affidavit/declaration was a sham pleading containing false information;
(b) Respondent intentionally misrepresented that Petitioner would procure direct review of Judge Irenas' July 25, 2000 Order dismissing a prior § 2241 action in New Jersey;
(c) Respondent obstructed justice by lying that Petitioner did not qualify for concurrent sentences.

For support of this motion, Petitioner refers the court to his attached memorandum.

PETITIONER, pro se,

[signature] 12-14-05

Arthur D'Amario III 02989-070
U.S. Medical Center
PO Box 4000
Springfield, MO 65801-4000

CERTIFICATION

I certify that on Dec. 14, 2005, I mailed copies of this Motion and Memorandum to the U.S. Attorney's Office, 300 S. 4th St., Minneapolis, MN 55415, by prepaid mail.

[signature]
petitioner, pro se

DEC 19 2005