UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

ARTHUR D'AMARIO III

v. C.A. No. 00-1932-ADM/AJB

CONSTANCE REESE

MEMORANDUM

After a five-year-long Freedom of Information Act battle, last month Petitioner finally wrestled free the attached Aug. 2, 2000, memo from BOP Regional Director G.L. Hershberger to witness Ernie Frie. The memo ordered Frie to immediately release Petitioner with "Willis" dual jail credit - an event Frie swore in his Aug. 31 affidavit never happened.

Hours later, Frie received threatening phone calls from AUSA Terrance Donnelly (D.R.I.) and DUSM Steve Bartlett, as did other BOP executives.* The same day, Petitioner's jail credit vanished like Amelia Earhardt and this eternal coverup began.

On this record, the government knowingly lied that Petitioner was not eligible for "Willis" credit when he'd already been awarded it.

On this record, the government deviously misrepresented that this court should defer to an imminent Third Circuit appellate decision in D'AMARIO v. BAILEY, No. 00-2400-JEI (D.N.J.), whereupon Petitioner had timely appealed Judge Irenas' dismissal of his initial habeas corpus action. The court agreed, and dismissed with no inquiry into the hotly contested facts as to the events of Aug. 2, 2000. The court was hoodwinked by more lies.

*Bartlett's log for Aug. 2, 2000, expresses alarm over the "Willis" credit and concludes, "Donnelly took hold of the matter and insured that the jail credit would not count." That note contains vicious libels against Petitioner and therefore is not included.

After interferring with his timely discharge from Rochester, the government indicted Petitioner in NJ on a "threat" offense - a year after commission of the crime, on May 24, 2001 (the day he left Rochester). That week, the government submitted a motion in the Third Circuit that the NJ habeas appeal be dismissed as "moot." As the attached order of July 30, 2001 reflects, the Court granted the motion and there was no direct review.

On May 10, 2004, the Court clarified its 2001 dismissal to explicitly state that Petitioner may re-file the same claim in a new § 2241 proceeding. Arevalo v. Ashcroft, 386 F.3d 19, 21 (1st Cir. 2004) (case that becomes moot pending appeal, necessarily untested by appellate scrutiny, lacks the stamp of reliability that is required to warrant preclusive effect).

On July 27, 2005, the government responded to Petitioner's new action in Missouri by presenting the 2000 judgments of both Judge Irenas and this court in support of its "abuse-of-writ" defense (notwithstanding the Third Circuit's orders, which every government attorney feels is meaningless).

There was no appellate review of D'AMARIO v. BAILEY, which Respondent already knew in August 2000. Contrary to Frie's affidavit, Petitioner was ordered released on Aug. 2. The BOP always knew Petitioner was being falsely imprisoned beyond expiration of term. Summary judgment was delivered to the party engaging in trickery and deceit. The costs of related spin-off litigation to Petitioner exceeds $4,000 (his receipts are at his residence).

Ernie Frie may be adjudged in contempt under Rule 56(g), and other signers of disingenuous pleadings tendered to delay justice on misstatements are in violation of Rule 11.

Petitioner asks for assignment of AFPD Virginia G. Villa to prosecute the motion at hearing, and for imposition of sanctions including expungement of the stolen verdict.

Petitioner, pro se,

[signature]

Arthur D'Amario, III

cc:
U.S. Attorney
300 S. 4th St.
Minneapolis, MN 55415

.DOP NCRO 001

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

*Kansas City Regional Office*
*Tower II, 8th Floor*
*400 State Avenue*
*Kansas City, Kansas 66101-2492*

NUNC PRO TUNC

August 2, 2000

| | | |
|---|---|---|
| Inmate's Name | : | D'AMARIO, ARTHUR |
| Register Number | : | 02989-070 |
| Offense | : | 18 U.S.C. 922(g)(1) Felon in Possession of a Firearm. |
| Sentence | : | 18 Months |
| Judicial District | : | District of Rhode Island |
| Sentence Begins | : | March 10, 2000 |
| Release Date | : | |
| Designated Facility | : | Rhode Island Department of Corrections. |

Warden:
Federal Medical Center
Rochester, MN 55904

We are providing this designation to effect concurrent state and federal sentences, and have designated the above facility for service of the federal term.

REVIEWED AND RELEASED BY

If this designation provides additional prior custody/jail time credit as outlined in Bureau of Prisons Policy, please apply.

NCRO LEGAL OFFICE

Sincerely,

(for)
G.L. Hershberger, Regional Director

UNITED STA[illegible] COURT OF APPEALS FOR THE THIR[illegible] CIRCUIT

June 5, 2001
#E-97

No. 00-2643

Arthur D'Amario III,
Appellant
v.
Nancy Bailey
(NJ-Camden D.C. Civil No. 00-02400)

Present: MANSMANN, RENDELL and GREENBERG, Circuit Judges

1. Motion by Appellee, Nancy Bailey, to Dismiss the Appeal for Lack of Jurisdiction on Grounds of Mootness.

2. Response by Appellant to Motion by Appellee, Nancy Bailey, to Dismiss the Appeal for Lack of Jurisdiction on Grounds of Mootness.

Lynn M. Caswell
Case Manager (267)299-4922

Please see CPS-92.

ORDER

The foregoing motion to dismiss the appeal for lack of jurisdiction on the grounds of mootness is granted and the appeal is dismissed. The court enters this order without prejudice to appellant's right to contend in any other forum that his detention continued for an ~~un~~ unauthorized period of time and to seek such relief by reason thereof as may be appropriate.

By the Court,

Circuit Judge

Dated: JUL 3 0 2001

LMC\cc: DRN
ID

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 00-2643**

D'Amario v. Bailey

To: Clerk

1) Motion to Recall Mandate

---

The foregoing Motion is denied. By order dated May 13, 2003, the Court has previously denied that relief. This order is without prejudice to the filing of a new habeas petition in the appropriate court, or as stated in the order dated July 30, 2001 to contend in any other [appropriate] forum that his detention has continued for an inappropriate length of time. The proceedings as to the above-entitled appeal are, however, concluded.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: May 10, 2004
LML/cc: Mr. Arthur D'Amario, III
Donna R. Newman, Esq.
Irene Dowdy, Esq.

**Attachment 7**

A. D'Amario 02989-070
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

LEGAL MAIL




Clerk's Office
U.S. District Court
316 N. Robert St., Room 708
ST. Paul, MN 55101-1460

RECEIVED
BY MAIL
DEC 19 2005
CLERK, US DIST. COURT
ST. PAUL, MN

55101+1477-83 C006